IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOPHIE SZOPA, | ) |
| Plaintiff/Appellant, | ) |
| v. | ) Civil No. 05-1751 |
| PRISCILLA WHITE<br>Appeals Team Manager,<br>Internal Revenue Service, | ) Judge Hibbler |
| Defendant/Appellee. | ) |

**NOTICE OF FILING OF UNITED STATES' MOTION TO DISMISS**

TO: Sophie Szopa
17825 Navajo
Tinley Park, IL 60477

PLEASE TAKE NOTICE that, on June 16, 2005, the United States of America filed the United States' Motion to Dismiss, with an accompanying brief in support thereof, with the Clerk of the United States District Court for the Northern District of Illinois, pursuant to Judge Hibbler's May 13, 2005 minute entry ordering the United States to respond by 6/30/05 and advising a ruling would be by mail.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney
ANN L. WALLACE
Assistant United States Attorney

HEATHER L. RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOPHIE SZOPA, ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | |
| v. ) | Civil No. 05-1751 |
| ) | |
| PRISCILLA WHITE ) | Judge Hibbler |
| Appeals Team Manager, ) | |
| Internal Revenue Service, ) | |
| ) | |
| Defendant/Appellee. ) | |

F I L E D
JUN 1 6 2005
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## UNITED STATES' MOTION TO DISMISS

The appellee, by its undersigned counsel, hereby moves, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss appellant's action for lack of subject matter jurisdiction.

A memorandum in support of this motion is being filed contemporaneously with this motion to dismiss. A proposed Order is also attached.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney
ANN L. WALLACE
Assistant United States Attorney

HEATHER L. RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS, NOTICE OF FILING, and NOTICE OF APPEARANCE has this 15th day of June, 2005, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

>Sophie Szopa
>17825 Navajo
>Tinley Park, IL 60477

/s/ Heather L. Richtarcsik
HEATHER L. RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822
Heather.L.Richtarcsik@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOPHIE SZOPA, | ) | |
|       Plaintiff/Appellant, | ) | |
| v. | ) | Civil No. 05-1751 |
| PRISCILLA WHITE | ) | Judge Hibbler |
| Appeals Team Manager, Internal Revenue Service, | ) | |
|       Defendant/Appellee. | ) | |

## ORDER

Upon due consideration of all submissions by the parties, the Court finds that the Court lacks jurisdiction over plaintiff-appellant's "Petition for Review of Determination of Internal Revenue Service office of Appeals" (plaintiff-appellant's Petition);

IT IS ORDERED, DECREED AND ADJUDGED that plaintiff-appellant's Petition is hereby dismissed.

_____       _____
DATE                                       UNITED STATES DISTRICT COURT JUDGE