

# United States District Court
## Northern District of Illinois
### Eastern Division

SZOPA                                        **JUDGMENT IN A CIVIL CASE**

         v.                                   Case Number: 05 C 1751

WHITE

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                    Michael W. Dobbins, Clerk of Court

Date: 9/22/2005                             /s/ Jacquelyn H. Collier, Deputy Clerk